```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 08410
   DOROTHY E EWINGS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1539

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/08/2007 and was not confirmed.

    The case was converted to chapter 7 without confirmation 06/25/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG          .00          .00          .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE     21000.00          .00          .00
DEUTSCHE BANK TRUST COMP NOTICE ONLY     NOT FILED          .00          .00
CHASE HOME FINANCE LLC   CURRENT MORTG          .00          .00          .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE     12000.00          .00          .00
CHASE HOME FINANCE LLC   NOTICE ONLY     NOT FILED          .00          .00
MELVIN J KAPLAN          DEBTOR ATTY            .00                       .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                         .00
DEBTOR REFUND                                .00
                      --------------     --------------
TOTALS                     .00               .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
   Dated:  09/26/07              _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```